UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BLANCA MENDOZA,<br><br>          Defendant. | CASE NO.: 20CR3702-LAB<br><br>**ORDER TO WITHDRAW GUILTY PLEA** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's guilty plea entered on July 16, 2021, may be withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

Dated:  December 14, 2021            _/s/ Larry A. Burns_
                                                      HON. LARRY ALAN BURNS
                                                      United States District Court Judge